IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BC TECHNICAL,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>ENSIL INTERNATIONAL,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTIONS REGARDING L. SCOTT KIMBER'S EXPERT TESTIMONY<br><br><br><br>Case No. 02-CV-700 |

This matter comes before the Court on Defendant's Motion in Limine to Exclude L. Scott Kimber from Testifying at Trial and Defendant's Motion to Strike Designation of Expert L. Scott Kimber.[1]  For the reasons discussed below, these motions will be denied.

The Court is required to evaluate expert testimony for relevance and reliability.[2]  The Court finds Mr. Kimber's testimony to be highly relevant to the issues being litigated.  The Defendant's do not challenge Mr. Kimber's qualifications, but instead cite to the testimony of their own expert witness in an attempt to refute Mr. Kimber's calculations and assumptions.  This is best addressed on cross-examination and by the testimony of their own expert at trial.  It

---

[1]Docket No. 195.

[2]Fed. R. Evid. 702.

is therefore

    ORDERED that Defendant's Motion in Limine to Exclude L. Scott Kimber from Testifying at Trial and Motion to Strike Designation of Expert L. Scott Kimber (Docket No. 195) is DENIED.

    DATED   January 15, 2008.

                                        BY THE COURT:

                                        _____
                                        TED STEWART
                                        United States District Judge