IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BC TECHNICAL,<br><br>Plaintiff,<br><br>vs.<br><br>ENSIL INTERNATIONAL,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER ON PLAINTIFF'S OBJECTION TO DEPOSITION TESTIMONY OF RONALD KOOPS<br><br><br>Case No. 02-CV-700 |

This matter comes before the Court on Plaintiff's Objection to Deposition Testimony on Ronald Koops.[1]  This motion is more appropriately styled as a motion in limine and the deadline for submitting such motions has passed.  It is therefore

ORDERED that Plaintiff's Objection (Docket No. 242) is OVERRULED.

DATED   January 17, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] Docket No. 242.

1